UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-18-20
```

SAMUEL LOPEZ,

                Plaintiff,

v.

BRKN CENT 4TH STREET LLC AND SAND ASSOCIATES, L.P.,

                Defendants.

20-CV-2176 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on March 11, 2020. On March 17, 2020, the Court ordered the parties to meet and confer within 30 days of service of the summons and complaint, and to submit a joint letter within 45 days of service. To date, the Court has not received the parties' joint later. Nor does it seem—based on the docket—the Plaintiff has served the summons and complaint on Defendants. It is hereby:

    ORDERED that Plaintiff submit a letter to the Court by June 30, 2020 explaining why he failed to serve the complaint within 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure or, if Plaintiff believes that Defendants have been served, explaining when and in what manner such service was made. Plaintiff is advised that if the Court does not receive a letter by June 30, 2020 showing good cause for why such service was not made within the 90 days, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

    Plaintiff shall provide a copy of this Order to Defendants.

SO ORDERED.

Dated:    June 18, 2020
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge