# MMP&S
## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

**ATTORNEYS AT LAW**
1000 WOODBURY ROAD   SUITE 402   WOODBURY, NY 11797
TELEPHONE: 516.712.4000   FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

August 26, 2020

**VIA ECF**
Honorable Judge Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

   Re: *Samuel Lopez v. BRKN CENT 4th Street LLC and Sand Associates, L.P.*
     Docket No.: 20-cv-2176

Dear Honorable Judge Abrams:

  As you are aware, this firm represents Defendant, *BRKN CENT 4th Street LLC*, in the above-referenced matter. Pursuant to Your Honor's Order of July 31, 2020, this matter was stayed for thirty (30) days while the parties negotiated the terms of their resolution.

  Since the date of the Order, the parties have continued to work diligently toward finalizing the details of their resolution. While the majority of those details are currently resolved, there remain a few issues which the parties are still discussing.

  The parties therefore submit this current correspondence jointly to request an extension of the current stay to September 30, 2020, so that these last issues may be resolved. Once completed, the parties will advise the Court accordingly.

  We thank this Honorable Court for its time and consideration.

               Respectfully submitted,

Application granted.

SO ORDERED.           MILBER MAKRIS PLOUSADIS
                 & SEIDEN, LLP

      _/s/ Ronnie Abrams_
      Hon. Ronnie Abrams     *Tyler B. Levenson*
      8/27/2020

TBL/kd                Tyler B. Levenson

cc: *VIA ECF*
   All Counsel