# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

**ATTORNEYS AT LAW**
1000 WOODBURY ROAD     SUITE 402     WOODBURY, NY 11797
TELEPHONE: 516.712.4000     FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

September 29, 2020

*VIA ECF*
Honorable Judge Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

   Re: *Samuel Lopez v. BRKN CENT 4th Street LLC and Sand Associates, L.P.*
     Docket No.: 20-cv-2176

Dear Honorable Judge Abrams:

  As you are aware, this firm represents Defendant, *BRKN CENT 4th Street LLC*, in the above-referenced matter. Pursuant to Your Honor's Order of August 27, 2020, this matter was stayed up until September 30, 2020, while the parties negotiated the terms of their resolution.

  Since the date of the Order, the parties have continued to work diligently toward confirming the details of their resolution. However, there still remain a few issues that must be finalized prior to the dismissal of this matter.

  The parties therefore submit this current correspondence jointly to request an extension of the current stay to October 31, 2020, so that these last issues may be resolved. Once completed, the parties will advise the Court accordingly.

  We thank this Honorable Court for its time and consideration.

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
9/30/2020

TBL/kd

cc: *VIA ECF*
  All Counsel

Respectfully submitted,

MILBER MAKRIS PLOUSADIS
 & SEIDEN, LLP

*Tyler B. Levenson*

Tyler B. Levenson