UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-9-20
```

SAMUEL LOPEZ,

       Plaintiff,

v.

BRKN CENT 4TH STREET LLC, et al.,

       Defendants.

20-CV-2176 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On September 30, 2020, at the request of the parties, the Court extended a stay of this action until October 31, 2020, to allow the parties time to continue finalizing the terms of their settlement in principle. *See* Dkt. 22. No later than November 16, 2020, the parties are directed to file a joint letter updating the Court as to the status of the case.

SO ORDERED.

Dated: November 9, 2020
    New York, New York

                   Ronnie Abrams
                   United States District Judge